**DISMISS and Opinion Filed June 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00116-CV**

**ROYAL LAND ACQUISITION, LP, Appellant**
**V.**
**PRESTON ROYAL DEVELOPMENT ASSOCIATES LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17150**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal because they

have reached a settlement. We grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
240116F.P05                                    CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROYAL LAND ACQUISITION, LP,
Appellant

No. 05-24-00116-CV     V.

PRESTON ROYAL
DEVELOPMENT ASSOCIATES
LLC, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-20-17150.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee PRESTON ROYAL DEVELOPMENT ASSOCIATES LLC recover its costs of this appeal from appellant ROYAL LAND ACQUISITION, LP.

Judgment entered June 13, 2024